Stephen Ray WESTBERRY, Plaintiff–Appellant,

v.

Thomas W. BEHRMANN; Larry Montgomery; Geoffrey R. McKee; Steve Shea, Defendants–Appellees.

No. 06–8005.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Feb. 1, 2007.

Stephen Ray Westberry, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Ray Westberry seeks to appeal the report and recommendation of the magistrate judge entered November 16, 2006. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Westberry seeks to appeal is not an appealable inter-

locutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*